UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DONNA L. SMYTH, <br><br> Plaintiff, <br><br> v. <br><br> MERCHANTS CREDIT CORPORATION, a Washington corporation, and DAVID and SOFIA QUIGLEY, <br><br> Defendants. | Case No. C11-1879RSL <br><br> ORDER GRANTING DEFENDANTS' MOTION FOR A MORE DEFINITE STATEMENT |

This matter comes before the Court on Defendants' Motion for a More Definite Statement. Dkt. # 12. Defendants complain that Plaintiff's complaint lacks sufficient detail regarding Plaintiff's account, like "date(s) of service by the hospital, date(s) of payment(s)[,] or amounts of payments," to allow it to adequately respond. Id. at 2–3.

Plaintiff does not oppose the motion. Resp. (Dkt. # 16). Instead, she identifies the bill at issue in her Response. Accordingly, the Court GRANTS the motion. Plaintiff is directed to file an amended complaint that cures the identified deficiencies within 14 days of the date of this Order.

DATED this 22nd day of February, 2012.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER GRANTING DEFENDANTS' MOTION FOR A MORE DEFINITE STATEMENT - 1