FILED ___ RECEIVED
LODGED ___

SEP 24 2012

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY ___ DEPUTY

Honorable Robert J. Lasnik

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON, AT SEATTLE

| | |
|---|---|
| DONNA L. SMYTH, | ) |
| Plaintiff, | ) Case No. 2:11-cv-1879-RSL ) |
| v. | ) ) ORDER EXTENDING TIME TO ) SUBMIT THE EXPERT WITNESS ) REPORT |
| MERCHANTS CREDIT CORPORATION, a Washington State Corporation, and DAVID and SOFIA QUIGLEY, | ) Hearing Date: ) ) September 14, 2012 ) |
| Defendants. | ) (~~PROPOSED~~) |

THIS MATTER having come before the Court upon the plaintiff's motion for an extension of time until October 1, 2012 for Dr. Thang Do to submit his expert witness report and upon consideration of the motion, the response and the reply and good cause having been shown, now therefore, it is by the Court:

ORDERED that the plaintiff be and the same hereby is granted an extension of time until October 1, 2012 in which to submit Dr. Thang Do's expert witness report.

DATED at Seattle, WA this 20th day of September 2012.

_____
HONORABLE ROBERT S. LASNIK

**11-CV-01879-JGM**

~~PROPOSED~~ ORDER EXTENDING TIME TO
SUBMIT THE EXPERT WITNESS REPORT - 1/2

JAMES STURDEVANT
ATTORNEY AT LAW
BELLINGHAM TOWERS #920
119 N. COMMERCIAL
BELLINGHAM, WASHINGTON 98225
(360)671-2990
E-MAIL: sturde@openaccess.org