UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DONNA L. SMYTH,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MERCHANTS CREDIT CORPORATION, a Washington State corporation, and DAVID and SOFIA QUIGLEY,<br><br>　　　　　Defendants. | Case No. C11-1879RSL<br><br>ORDER DENYING MOTION TO RE-NOTE PEACEHEALTH'S MOTION TO QUASH AND FOR PROTECTIVE ORDER |

　　　　This matter comes before the Court on Plaintiff's "Motion on Hearing Date for PeaceHealth's Motion to Quash Subpoena" (Dkt. # 67). Plaintiff seeks to re-note PeaceHealth Medical Group's ("PeaceHealth") motion to quash non-party subpoena and for protective order on the Court's calendar for May 31, 2013, pursuant to Local Civil Rule 7(d). Having considered Plaintiff's motion, the Court finds that PeaceHealth's motion is properly noted pursuant to Local Civil Rule 7(d)(2) as a motion to quash and for protective order. Therefore, Plaintiff's motion to re-note PeaceHealth's motion (Dkt. # 67) is DENIED.

　　　　Dated this 28th day of May, 2013.

　　　　　　　　　　　　　　　　/s/ Robert S. Lasnik
　　　　　　　　　　　　　　　　Robert S. Lasnik
　　　　　　　　　　　　　　　　United States District Judge

ORDER DENYING MOTION TO
RE-NOTE MOTION